**No. 10-292. Oscar Perez, et al., Petitioners v. Carey International, Inc., et al.**

562 U.S. 964, 131 S. Ct. 480, 178 L. Ed. 2d 291, 2010 U.S. LEXIS 8061.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 373 Fed. Appx. 907.